IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. CR 06 20 S |
| | ) | In violation of 21 U.S.C. |
| vs. | ) | §§ 841(a)(1) & (b)(1)(A) |
| | ) | |
| PATRICK SCHWAB | ) | |

INDICTMENT

The Grand Jury charges that:

On or about January 30, 2006, in the District of Rhode Island, the Defendant, PATRICK SCHWAB, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance,

All in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

MARY E. ROGERS
Assistant U.S. Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney
Criminal Chief

DATE: 2-8-06