AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

United States of America
v.
Patrick Schwab

APPEARANCE

CASE NUMBER: CR 06-20S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Patrick Schwab

2.8.06
Date

[signature]
Signature

John J. Bevilacqua
Print Name

380 Broadway
Address

Prov. RI 02909
City State Zip Code

401-274-7444
Phone Number