UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 1-06-M-17-M

PATRICK SCHWAB

**MOTION TO WITHDRAW**

Now comes the undersigned, who was appointed by this Honorable Court to represent the Defendant Patrick Schwab pursuant to the Criminal Justice Act, and moves to withdraw as counsel at this time, retained counsel having entered an appearance on Defendant's behalf.

PATRICT SCHWAB
Defendant
By His Attorney,

Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on February 13, 2006, I mailed a copy of this Motion to AUSA Mary Rogers, 50 Kennedy Plaza, Eighth Floor, Providence, RI 02903.