**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS** | ) | **CR NO. 06-20S** |
| | ) | |
| **PATRICK SCHWAB** | ) | |

**MOTION FOR CONTINUANCE OF TRIAL**

Now comes the Defendant, Patrick Schwab, by and through his counsel, and moves this Honorable Court to continue the trial of the above-entitled, which is on the trial calendar commencing April 4, 2006 and the deadline for the filing of motions. As required by the Pretrial Discovery Order: The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC §3161(h)(8). Counsel states that there are a number of wire intercepts in this matter and therefore needs the additional time to examine the CDs.

The exclusion of a period of forty-five (45) days in this matter will allow counsel for the Defendant to fully research the legal issues as to any motions that may be filed. Finally, the Government and public will not be prejudiced by the delay but will be benefited by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of

justice in allowing this excludable time outweigh the interests of the public and the Defendant in a speedy trial.

The Assistant U.S. Attorney, Mary Rogers, is not objecting to this request.

Defendant,
By his attorney,

JOHN J. BEVILACQUA, ESQ.#0420
380 Broadway
Providence, RI 02909
Phone: (401) 274-7444
Fax: (401) 274-5566

**CERTIFICATION**

I hereby certify that on this 17th day of March 2006, I mailed a copy of the foregoing to Mary Rogers, U.S. Attorney, 50 Kennedy Plaza, Providence, RI 02903.

motion to continue/schwab/#JJB3