**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS** | ) | **Cr. No.: 06-00020-01S** |
| | ) | |
| **PATRICK SCHWAB** | ) | |

**MOTION BY DEFENDANT TO CONTINUE SENTENCING**

Comes now the Defendant, Patrick Schwab, by and through his attorney, John J. Bevilacqua, and hereby moves for a continuance of Defendant's sentencing, currently scheduled before this Court on July 28, 2006 at 9:30 a.m. The parties seek a continuance to August 28, 2006.

The Defendant is presently involved in a trial before the Court, and the Government, through Mary E. Rogers, Assistant U.S. Attorney, has no objection to this Motion since it will give the Government time to prepare for the Defendant's sentencing. Therefore, the Defendant requests a continuance of the sentencing date to August 28, 2006. The Defendant previously pled guilty before this Court and therefore, the Speedy Trial Act is not implicated in this request for a continuance.

Respectfully submitted,
PATRICK SCHWAB,
By his attorney,

JOHN J. BEVILACQUA, ESQ. #0420
380 Broadway
Providence, RI 02909
Telephone: (401) 274-7444
Fax: (401) 274-5566

## CERTIFICATION

I hereby certify that on this 20th day of July 2006, I mailed a copy of the foregoing to Mary Rogers, Assistant U.S. Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 by regular mail, postage prepaid.

John J. Bevilacqua