IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 06-020S |
| | ) | |
| PATRICK SCHWAB | ) | |

GOVERNMENT'S MOTION TO CONTINUE THE DEFENDANT'S SENTENCING

Comes now the United States of America, by and through its attorneys, Robert C. Corrente, United States Attorney for the District of Rhode Island, and Mary E. Rogers, Assistant U.S. Attorney, and hereby move for a continuance of the Defendant's sentencing, currently scheduled before this Court on October 20, 2006. The Defendant has no objection to this request for a continuance.

The Defendant previously pled guilty before this Court and therefore the Speedy Trial Act is not implicated in this request for a continuance.

Respectfully submitted,
UNITED STATES OF AMERICA

By its Attorneys,

ROBERT C. CORRENTE
United States Attorney

/s/ MARY E. ROGERS
MARY E. ROGERS
Assistant U.S. Attorney
RI Bar #3107
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email mary.rogers@usdoj.gov

CERTIFICATE OF SERVICE

On this 18th day of October, 2006, I caused the Government's Motion To Continue The Defendant's Sentencing to be filed electronically and it is available for viewing and downloading from the ECF system.

Notification by first class mail, postage prepaid:

John J. Bevilacqua, Esq.
380 Broadway
Providence, RI 02909

/s/ MARY E. ROGERS
MARY E. ROGERS
Assistant U.S. Attorney
RI Bar #3107
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email mary.rogers@usdoj.gov